IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00301-MSK-MEH

BELL COLORADO, LIMITED, a corporation organized under the laws of the Isle of Man,

    Plaintiff,

v.

RELATED WESTPAC, LLC, a Delaware limited liability company;
BRUSH CREEK ESTATES, LLC, a Colorado limited liability company;
BRUSH CREEK CAPITAL HOLDINGS, a Colorado limited liability company;
BRUSH CREEK MEZZANINE, LLC, a Delaware limited liability company;
YORKSHIRE 216 HOLDINGS, L.P., an Arizona limited partnership;
BASE VILLAGE SNOWMASS CENTER ASSOCIATES, LLC, a Colorado limited liability company;
PATRICK N. SMITH, a resident of the States of Colorado in his individual and representative capacities;
TOWN OF SNOWMASS VILLAGE, a Colorado municipality; and
THE PUBLIC TRUSTEE OF PITKIN COUNTY, COLORADO,

    Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 20th day of February, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge