IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00301-MSK-MEH

BELL COLORADO, LIMITED, a corporation organized under the laws of the Isle of Man,

    Plaintiff,

v.

RELATED WESTPAC, LLC, a Delaware limited liability company,
BRUSH CREEK ESTATES, LLC, a Colorado limited liability company,
BRUSH CREEK CAPITAL HOLDINGS, a Colorado limited liability company,
BRUSH CREEK MEZZANINE, LLC, a Delaware limited liability company,
YORKSHIRE 216 HOLDINGS, L.P., an Arizona limited partnership,
BASE VILLAGE SNOWMASS CENTER ASSOCIATES, LLC, a Colorado limited liability company,
PATRICK N. SMITH, a resident of the State of Colorado in his individual and representative capacities, and
TOWN OF SNOWMASS VILLAGE, a Colorado municipality,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 19, 2009.**

    Pending before the Court is the Motion of Brush Creek Defendants to Add Third Party/Additional Claims [filed July 17, 2009; docket #41]. This Motion is timely filed. (*See* docket #36 at 11 (setting the deadline for joinder of parties and amendment of pleadings at September 18, 2009).) As ordered by the Court, the Brush Creek Defendants filed a 7.1A Supplement to the Motion on July 23, 2009, indicating the remaining Defendants do not oppose the Motion but Plaintiff does oppose the Motion. (Docket #44.) The Court subsequently permitted Plaintiff extra time to respond, setting the response date at August 17, 2009. (Docket #51.) To date, Plaintiff has not responded, other than filing a separate Motion to Strike directed at the proposed third-party claim against Alex Pananides. (Docket #55.) Thus, the Court evaluates the Motion as unopposed. In the interests of justice and in light of the early stage of this litigation, the Court **GRANTS** the Motion and directs the Clerk of Court to enter the Answer, Affirmative Defenses and Third Party Complaint located at Docket #41-2.