IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00301-MSK-MEH

BELL COLORADO, LIMITED, a corporation organized under the laws of the Isle of Man,

    Plaintiff,

v.

RELATED WESTPAC, LLC, a Delaware limited liability company,
BRUSH CREEK ESTATES, LLC, a Colorado limited liability company,
BRUSH CREEK CAPITAL HOLDINGS, a Colorado limited liability company,
BRUSH CREEK MEZZANINE, LLC, a Delaware limited liability company,
YORKSHIRE 216 HOLDINGS, L.P., an Arizona limited partnership,
BASE VILLAGE SNOWMASS CENTER ASSOCIATES, LLC, a Colorado limited liability company,
PATRICK N. SMITH, a resident of the State of Colorado in his individual and representative capacities, and
TOWN OF SNOWMASS VILLAGE, a Colorado municipality,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2009.**

    In light of Defendants Related Westpac, LLC, Brush Creek Estates, LLC, Brush Creek Mezzanine, LLC, and Base Village Snowmass Center Associates, LLC's representations that the requested discovery was promptly produced, Plaintiff's Motion to Compel . . . [filed October 21, 2009; docket #63] is **denied as moot**. To the extent the motion requests fees, the Court finds that an award of fees or other sanction is not appropriate under the circumstances.