IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00301-MSK-MEH

BELL COLORADO, LIMITED, a corporation organized under the laws of the Isle of Man,

    Plaintiff,

v.

RELATED WESTPAC, LLC, a Delaware limited liability company,
BRUSH CREEK ESTATES, LLC, a Colorado limited liability company,
BRUSH CREEK CAPITAL HOLDINGS, a Colorado limited liability company,
BRUSH CREEK MEZZANINE, LLC, a Delaware limited liability company,
YORKSHIRE 216 HOLDINGS, L.P., an Arizona limited partnership,
BASE VILLAGE SNOWMASS CENTER ASSOCIATES, LLC, a Colorado limited liability company,
PATRICK N. SMITH, a resident of the State of Colorado in his individual and representative capacities, and
TOWN OF SNOWMASS VILLAGE, a Colorado municipality,

    Defendants.

PATRICK N. SMITH,

    Third Party Plaintiff,

v.

ALEX PANANIDES,
GARY GREENBERG,
JEFFREY SCOTT KLEIN, and
GARY PINKSTON,

    Third Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2010.**

    Plaintiff Bell Colorado, Limited's Motion to Strike Brush Creek Defendants' Additional Claim against Proposed Third-Party Defendant Alex Pananides [filed August 18, 2009; docket #55] is **denied as moot**. There is no indication in the record that Third Party Defendant Alex Pananides was served with the Third Party Complaint.