IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00301-MSK-MEH

BELL COLORADO, LIMITED, a corporation organized under the laws of the Isle of Man,

    Plaintiff,

v.

RELATED WESTPAC, LLC, a Delaware limited liability company,
BRUSH CREEK ESTATES, LLC, a Colorado limited liability company,
BRUSH CREEK MEZZANINE, LLC, a Delaware limited liability company,
YORKSHIRE 216 HOLDINGS, L.P., an Arizona limited partnership,
BASE VILLAGE SNOWMASS CENTER ASSOCIATES, LLC, a Colorado limited liability company,
PATRICK N. SMITH, a resident of the State of Colorado in his individual and representative capacities,
TOWN OF SNOWMASS VILLAGE, a Colorado municipality,
BRUSH CREEK CAPITAL HOLDINGS, LLC (COLORADO), a Colorado limited liability company,
BRUSH CREEK CAPITAL HOLDINGS, LLC (DELAWARE), a Delaware limited liability company, and
PS CALIFORNIA INVESTMENTS, LLC, a California limited liability company,

    Defendants.

PATRICK N. SMITH,

    Third Party Plaintiff,

v.

GARY GREENBERG,
JEFFREY SCOTT KLEIN, and
GARY PINKSTON,

    Third Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2010.**

    The Unopposed Joint Motion for Stay of Proceedings . . . [filed April 26, 2010; docket #128] is **denied without prejudice** for failure to consider the Final Pretrial Conference set before the District Court on July 1, 2010. Furthermore, any request regarding an extension of time for Defendants Greenberg and Pinkston to file replies in support of the pending Motions to Dismiss shall be made in a separate motion.