IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 1, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 09-cv-00301-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| BELL COLORADO, LIMITED, a corporaton organized under the laws of the Isle of Man, | Peter Thomas, Jr. (by phone) David Zisser |
| Plaintiff, | |
| v. | |
| RELATED WESTPAC, LLC, a Delaware limited liability company; | David Goldberg |
| BRUSH CREEK ESTATES, LLC, a Colorado limited liability company; | Peter Forbes |
| BRUSH CREEK CAPITAL HOLDINGS, a Colorado limited liability company; | |
| BRUCH CREEK CAPITAL HOLDINGS, a Delaware limited liability company; | |
| BRUSH CREEK MEZZANINE, LLC, a Delaware limited liability company; | |
| YORKSHIRE 216 HOLDINGS, L.P., an Arizona limited partnership; | |
| BASE VILLAGE SNOWMASS CENTER ASSOCIATES, LLC, a Colorado limited liability company; | |
| PATRICK N. SMITH, a resident of the States of Colorado in his individual and representative capacities; | |
| TOWN OF SNOWMASS VILLAGE, a Colorado municipality; and | Melanie Thomas |
| PS CALIFORNIA INVESTMENTS, LLC, a California limited liability company, | |
| Defendants. | |
| PATRICK SMITH, | Peter Forbes |

Third Party Plaintiff,

v.

GARY GREENBERG,  Thomas Kimmell
JEFFREY SCOTT KLEIN,
GARY PINKSTON,

Third Party Defendants.

# COURTROOM MINUTES

HEARING: Rule 16

**9:19 a.m.    Court in session.**

Thomas Kimmell is present as counsel for Third Party Defendant GaryGreenberg and Pinkston.

The Court addresses status of case.

Statements by counsel Thomas, Forbes.

Based on representations by the parties, the claims between the plaintiff and defendants have been settled and the parties anticipate filing motions to dismiss pursuant to Rule 41.

**ORDER:**    The Motions to Dismiss the claims between plaintiff and defendants will be filed by **July 15, 2010.**  If no motions are filed, the Court will deem those claims settled and will take no further action.

**ORDER:**    Defendant Snowmass's Motion for Summary Judgment (**Doc. #134**) is **DENIED**.

**ORDER:**    Motions to Dismiss (**Doc. #89, #120**) are **DENIED** without prejudice with leave to renew.  The effect of this Order will be stayed until **July 15, 2010.**

**ORDER:**    The case will be closed with regard to the third-party plaintiff's claims against the third-party defendants, but the effect of the Order is stayed until **July 15, 2010.** If any action is taken with regard to the third-party claims within the 14-day period there will need to be a showing of subject matter jurisdiction

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**9:47 a.m.      Court in recess.**

**Total Time:    28 minutes.**
**Hearing concluded.**